IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

      Plaintiff,                         No. CIV S-05-0675 FCD GGH P

   vs.

MIKE KNOWLES, et al.,

      Defendants.           ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        On May 17, 2005, plaintiff filed a motion to "amend" the record. Plaintiff observes that on April 22, 2005, the court ordered him to pay the filing fee of $250. However, the body of the order directing him to pay the fee stated that the filing fee was $150. Plaintiff is

1

informed that the filing fee is $250.  The statement in the order that the fee was $150 was in error.  Accordingly, plaintiff's motion to amend the record is granted.  The April 22, 2005, order is amended to reflect the correct filing fee.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Plaintiff's May 17, 2005, motion for the appointment of counsel is denied;

        2.  Plaintiff's May 17, 2005, motion to amend the record is granted; the correct filing fee is $250.

DATED:   8/10/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS  
UNITED STATES MAGISTRATE JUDGE

GGH:bb  
fuen0675.31