IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

      Plaintiff,                    No. CIV S-05-0675 FCD GGH P

      vs.

MIKE KNOWLES, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On August 11, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations [document #19 and #20].

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed August 11, 2005, are adopted in full;

3 and

4     2. The claims against defendants Knowles and Kernan contained in the amended

5 complaint filed May 17, 2005, are dismissed.

6 DATED:October 12, 2005

8     /s/ Frank C. Damrell Jr.
    FRANK C. DAMRELL JR.
9     United States District Judge