IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

        Plaintiff,                     No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

        Defendants.         <u>ORDER</u>

                                /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 11, 2005, the court granted plaintiff thirty days to complete and return the forms necessary to effect service of defendants.

        On September 14, 2005, plaintiff filed a document titled "motion for order to respond." In this document, plaintiff states that in order to comply with the August 11, 2005, order, he will need court assistance in locating the residential and business addresses of defendants. On September 14, 2005, plaintiff also filed a request for a 120 day extension of time to respond to the August 11, 2005, order. Plaintiff states that the extension of time is required so that he may obtain the information regarding defendants' addresses.

/////

/////

1

1 Plaintiff is informed that he is not required to provide the court with the home
2 addresses of defendants. Rather, the completed USM-285 forms need only contain the business
3 addresses of defendants, i.e. the address of the prisons where they work. Accordingly, the court
4 will grant plaintiff a thirty day extension of time to complete the forms necessary to effect service
5 as this information is readily available to plaintiff.

6 On May 17, 2005, plaintiff filed a motion requesting that the court order prison
7 officials to permit him to possess in his cell all of his legal materials regarding this action. In this
8 motion, plaintiff does not allege that prison officials have prohibited him from possessing his
9 legal property in his cell. On September 14, 2005, plaintiff filed a document requesting that the
10 court rule on his May 17, 2005, motion. Plaintiff alleges that since he filed the motion, prison
11 officials have taken his legal materials from him on several occasions. As an example of prison
12 officials interfering with his legal property, plaintiff alleges that prison officials delayed in
13 delivering legal mail to him.

14 Plaintiff does not specifically describe the circumstances under which prison
15 officials took his legal property. Plaintiff also does not identify the particular legal property that
16 was taken and nor does he describe the length of time he was deprived of his legal property.
17 Without this information the court cannot evaluate the merits of plaintiff's request. Accordingly,
18 the motion is denied because it is not well supported. If plaintiff continues to experience delays
19 in his receipt of legal mail, he may file an appropriate motion with the court.

20 Accordingly, IT IS HEREBY ORDERED that:
21 1. Plaintiff's September 14, 2005, motion for the court to respond is denied;
22 2. Plaintiff's September 14, 2005, motion for an extension of time is granted;
23 plaintiff is granted thirty days from the date of this order to complete and return the forms
24 necessary to effect service of defendants;
25 /////
26 /////

3. Plaintiff's May 17, 2005, motion for an order allowing him to possess his legal property is denied.

DATED: 10/25/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
fue675.ord