IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

      Plaintiff,                           No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

      Defendants.                  FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed February 2, 2006, the United States Marshal was directed to serve process on defendants in this action, including Chief Medical Officer Claude Mitchell. On February 21, 2006, the United States Marshal returned service unexecuted on Chief Medical Officer Claude Mitchell because said individual is deceased.

        After reviewing the amended complaint, it appears that plaintiff's claims against defendant Mitchell are extinguished. See Fed. R. Civ. P. 25. Accordingly, the court recommends that the claims against defendant Mitchell be dismissed.

        Accordingly, IT IS HEREBY RECOMMENDED that the claims against defendant Mitchell be dismissed.

/////

1

1    These findings and recommendations are submitted to the United States District
2    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty
3    days after being served with these findings and recommendations, plaintiff may file written
4    objections with the court. The document should be captioned "Objections to Magistrate Judge's
5    Findings and Recommendations." Plaintiff is advised that failure to file objections within the
6    specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
7    F.2d 1153 (9th Cir. 1991).
8    DATED: 3/6/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
fuen0675.death.dft