IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

        Plaintiff,                        No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On February 2, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Zink was returned unserved because "unknown, no info." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,
3 along with an instruction sheet and a copy of the complaint filed May 17, 2005;

4       2. Within sixty days from the date of this order, plaintiff shall complete and
5 submit the attached Notice of Submission of Documents to the court, with the following
6 documents:

7       a. One completed USM-285 form for defendant Zink;

8       b. Two copies of the endorsed complaint filed May 17, 2005; and

9       c. One completed summons form (if not previously provided)
10 or show good cause why he cannot provide such information.

11 DATED: 4/7/06

      /s/ Gregory G. Hollows

      GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

GGH:bb
fuen0675.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

        Plaintiff,                        No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

                                  NOTICE OF SUBMISSION

        Defendants.                OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _One_        completed summons form

        _One_        completed USM-285 form

        _Two_        copies of the _May 17, 2005_ Complaint/Amended Complaint

DATED:

                                            Plaintiff