IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

        Plaintiff,                        No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

        Defendants.            <u>ORDER</u>

                                    /

        Defendants Arong, Flint, and Turella have requested an extension of time to and including June 12, 2006, to respond to plaintiff's various discovery request. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' May 3, 2006 request for an extension of time is granted; and

        2. Defendants Arong, Flint, and Turella shall file a response to plaintiff's various discovery requests on or before June 12, 2006.

DATED: 5/9/06

                                              /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:bb
fuen0675.36