IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

    Plaintiff,               No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

    Defendants.          ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 21, 2006, the United States Marshal returned service unexecuted on Chief Medical Officer Claude Mitchell because said individual is deceased. Accordingly, on March 6, 2006, the court recommended that defendant Mitchell be dismissed.

      On March 31, 2006, plaintiff filed objections to the findings and recommendations as well as a request to locate defendant Mitchell's successor in interest. Good cause appearing, the findings and recommendations are vacated.

      In light of the suggestion of defendant Mitchell's death upon the record, the Clerk of the Court will be directed to serve a copy of the USM-285 form returned by the Marshal on plaintiff together with a copy of this order. Service of said form will invoke the ninety day time limit for filing a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The March 6, 2006, findings and recommendations are vacated;

2. The Clerk of the Court shall serve on plaintiff forthwith a copy of the USM-285 form returned by the United States Marshal on February 21, 2006, together with this order;

3. Plaintiff is granted ninety days from the date of this order to file a motion for substitution regarding defendant Mitchell.

DATED: 5/30/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
fue675.dth