IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

      Plaintiff,                     No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to submit the documents necessary for service of defendant Zink. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 17, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to submit the documents necessary for service of defendant Zink.

DATED: 6/8/06

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:bb
fuen0675.36(2)