BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
REBECCA M. ARMSTRONG-GRAU, SBN 227452
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 327-5686
  Fax:  (916) 324-5205

Attorneys for Defendants Arong,
Flint, Joseph, Coleman and Turella
SA2006300786

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT FUENTES,**<br><br>         Plaintiff,<br><br>  v.<br><br>**MIKE KNOWLES, et al.,**<br><br>         Defendants. | CASE NO. 2:05-cv-0675 FCD GGH P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME** |

  **GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted an additional thirty days up to and including July 12, 2006, within which to file a response to Plaintiff's discovery requests.

DATED: 6/21/06         /s/ Gregory G. Hollows
                     _____
                     Honorable Gregory G. Hollows

fue675.eot(def).wpd

[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME

1