1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ALVIN GITTISRIBOONGUL
   Supervising Deputy Attorney General
5  REBECCA M. ARMSTRONG-GRAU, SBN 227452
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-5686
8    Fax: (916) 324-5205

9  Attorneys for Defendants Arong,
   Flint, Joseph, Coleman and Turella
10 SA2006300786

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ROBERT FUENTES, | CASE NO. 2:05-cv-0675 FCD GGH P |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT TURELLA'S THIRD REQUEST FOR EXTENSION OF TIME** |
| v. | |
| MIKE KNOWLES, et al., | |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendant Turella is granted an additional 14 days up to and including July 26, 2006, within which to file a response to Plaintiff's discovery requests.

DATED: 7/21/06

/s/ Gregory G. Hollows

Honorable Gregory G. Hollows

fue675.eot(3).wpd

Order Granting Defendant Turella's Third Request for Extension of Time

1