IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

    Plaintiff,                    No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On August 18, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on May 17, 2005 and August 8, 2006. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 18, 2006 request is denied.

DATED: 8/29/06                          /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:bb
fuen0675.31thr