IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

     Plaintiff,                                   No. CIV S-05-0675 FCD GGH P

     vs.

MIKE KNOWLES, et al.,

     Defendants.                        ORDER

_____/

        On July 24, 2006, plaintiff filed a request for 8 subpoena forms and 3 USM-285 forms. Plaintiff does not state why he requires these forms.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 24, 2006, request for forms is denied.

DATED: 9/19/06

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

ggh:kj
fue675.ord