IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

       Plaintiff,                            No. CIV S-05-0675 FCD GGH P

   vs.

MIKE KNOWLES, et al.,

       Defendants.                   <u>ORDER</u>

_____/

         Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), on August 17, 2006, the court ordered defendants' counsel to query the Department of Corrections to ascertain the whereabouts of Zink. On August 31, 2006, defendants filed a response to the August 17, 2006, order. Attached to defendants' response is the declaration of counsel describing her attempts to locate defendant Zink. Counsel states that she was only able to obtain defendant Zink's last known residential address and telephone number. Counsel sent a letter to defendant Zink and is awaiting her response. Counsel also left several telephone messages which have not been returned. The message on the phone does not identify the owner.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
2  this order, defendants shall inform the court regarding whether they have made contact with
3  defendant Zink.
4  DATED:  9/28/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

8  ggh:kj
   fuen675.57