IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT FUENTES,**<br><br>           Plaintiff,<br><br>    v.<br><br>**MIKE KNOWLES, et al.,**<br><br>           Defendants. | 2:05-cv-0675 FCD GGH P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC** |

   Good cause appearing, Defendants are granted a twenty-one day extension to file an opposition to Plaintiff's Motion to Compel. Defendants' opposition shall be due on or before December 8, 2006.

IT IS SO ORDERED

Dated:   12/4/06                    /s/ Gregory G. Hollows
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

fue675.eotnpt

Order Granting Defendant's First Request for an Extension of Time Nunc Pro Tunc
1