IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

    Plaintiff,                         No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

    Defendant.                      <u>ORDER</u>

_____/

        On February 21, 2006, the United States Marshal returned service unexecuted on defendant Mitchell because said individual is deceased. On May 31, 2006, the court granted plaintiff ninety days to file a motion for substitution regarding defendant Mitchell.

        On October 11, 2006, plaintiff filed a request for extension of time to respond to the May 31, 2006, order. Plaintiff requests "court intervention" in locating defendant Mitchell's executor or trustee. The court cannot assist plaintiff in locating the parties to substitute for defendant Mitchell. Accordingly, plaintiff is ordered to show cause within ten days why defendant Mitchell should not be dismissed.

        It has come to the court's attention that defendant Zink, while responding to various motions filed by plaintiff, has not filed a response to the complaint.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Within ten days of the date of this order, plaintiff shall show cause why

3  defendant Mitchell should not be dismissed;

4  2. Within ten days of the date of this order, defendant Zink shall file a response to

5  the complaint.

6  DATED: 2/7/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

fuent765.clp