IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT FUENTES,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**MIKE KNOWLES, et al.,**<br><br>                              Defendants. | 2:05-cv-0675 FCD GGH P<br><br>**ORDER GRANTING EXTENSION OF TIME** |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted, nunc pro tunc, an additional seven days, to and including January 29, 2007, within which to file an Opposition to Plaintiff's Motion to Compel Discovery Responses.

Dated: 2/20/07                                              /s/ Gregory G. Hollows
                                                                         _____
                                                                         The Honorable Gregory G. Hollows

fue675.eot(4)

1