1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10                             SACRAMENTO DIVISION

11

**ROBERT FUENTES,**                          2:05-cv-0675 FCD GGH P

12
                                  Plaintiff,  **ORDER GRANTING EXTENSION
13                                            OF TIME TO RESPOND TO
                                             PLAINTIFF'S**
14       **v.**                               **INTERROGATORIES**

**MIKE KNOWLES, et al.,**
15
                                 Defendants.
16

17        **GOOD CAUSE HAVING BEEN SHOWN,** Defendant Turella is granted, nunc pro

18  tunc, an additional 14 days up to and including January 19, 2007, within which to file a response

19  to Plaintiff's discovery requests.

20

21  Dated: 2/20/07                          /s/ Gregory G. Hollows

22                                          _____
                                            Gregory G. Hollows
                                            United States Magistrate Judge
23

24
    fuen675.tur(eot)
25

26

27

28

                                        1