IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

    Plaintiff,                      No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

    Defendants.            <u>ORDER</u>

                            /

On February 15, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 2, 2007, denying plaintiff's motion to compel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed February 2, 2007, is affirmed.

DATED: February 28, 2007.

                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE