IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

    Plaintiff,                  No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

    Defendants.            <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file a response to the court's February 8, 2007 order to show cause. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's February 27, 2007 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file a response to the court's February 8, 2007 order to show cause.

DATED: 3/7/07

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:bb
fuen0675.36