IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

           Plaintiff,                 No. CIV S-05-0675 FCD GGH P

     vs.

MIKE KNOWLES, et al.,

           Defendants.        ORDER

_____/

          Good cause appearing, IT IS HEREBY ORDERED that defendants are granted an additional sixty days, to and including May 8, 2007, within which to file a dispositive motion.

DATED: 3/7/07

                        /s/ Gregory G. Hollows

                        UNITED STATES MAGISTRATE JUDGE

fue675.ord

1