IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

       Plaintiff,                      No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

       Defendants.             <u>ORDER</u>

_____/

        On February 23, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 2, 2007, denying plaintiff's August 7, 2006, motion for a preliminary injunction and September 1, 2006, supplemental motion, construed as motions for protective orders. Plaintiff first requests that the court deem his request timely filed due to "excusable neglect." <u>See</u> Local Rule 72-303(b)("Rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties."). Good cause appearing, the court deems plaintiff's request timely.

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2  the magistrate judge filed February 2, 2007, is affirmed.
3  DATED: March 8, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE