IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

    Plaintiff,                    No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 22, 2006, plaintiff filed a motion to compel. In this motion, plaintiff argues that defendants Coleman and Joseph did not respond to plaintiff's first set of interrogatories served on October 6, 2006. It does not appear that defendants have responded to this motion. Accordingly, within twenty days defendants shall file a response to plaintiff's December 22, 2006, motion to compel.

        On January 4, 2007, plaintiff filed another motion to compel. On January 29, 2007, defendants filed an opposition. Plaintiff challenges the sufficiency of responses to four discovery requests: 1) first set of interrogatories addressed to defendant Flint; 2) first set of interrogatories addressed to defendant Turella; 3) first set of interrogatories addressed to defendant Zink; and 4) first set of request for admissions addressed to defendant Flint.

1

As observed by defendants in their opposition, plaintiff does not identify the specific responses he is objecting to. Instead, plaintiff generally objects to defendants' "boilerplate" objections. Without knowing which particular responses plaintiff is objecting to, the court cannot rule on his motion to compel.

Plaintiff also argues that he served defendant Flint with the first set of interrogatories on April 14, 2006, but did not receive a response until November 22, 2006. Plaintiff argues that any objections by defendant Flint should be waived because the responses were untimely.

In her declaration attached to the opposition, defense counsel explains that she believed that defendant Flint's responses were timely served. Defense counsel re-served plaintiff with defendant Flint's responses after plaintiff filed a motion stating that he had not received them. Defense counsel states that if plaintiff did not receive them, it was because they were mistakenly not included in the mailing containing other responses to discovery requests.

The court finds that defendants have shown good cause for their alleged failure to timely serve plaintiff with defendant Flint's responses to the first set of interrogatories. Plaintiff has not been prejudiced by this delay. Accordingly, plaintiff's request that defendant Flint's objections be waived on this ground is denied.

Plaintiff also argues that defendant Flint failed to respond to his request for admissions. In defense counsel's declaration attached to the opposition, she states that due to a calendaring error, the responses were not drafted. Counsel states that she has since prepared the responses to the request for admissions.

The court does not find that defendants or defense counsel acted in bad faith in failing to provide responses to the request for admissions addressed to defendant Flint. The court record demonstrates that plaintiff has served defendants with numerous discovery requests. Defendants' inadvertent failure to provide a timely response to this request, under these circumstances, is understandable.

On January 19, 2007, plaintiff filed a supplemental motion to compel. On February 6, 2007, defendants filed an opposition to this motion. Defendants state that the motion is untimely because it was filed past the discovery cut-off date of January 12, 2007. Defendants request that in the event the court finds the motion timely, that they be granted eighteen days to respond

The proof of service attached to plaintiff's motion indicates that he mailed the motion on January 12, 2007. Pursuant to the mailbox rule, plaintiff's motion is timely. <u>Houston v. Lack</u>, 487 U.S. 266, 270-71, 108 S.Ct. 2379 (1988).

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty days of the date of this order, defendants shall file a response to the motion to compel filed December 22, 2006;

2. Plaintiff's motion to compel filed January 4, 2007, is denied;

2. Within eighteen days of the date of this order, defendants shall file a response to the motion to compel filed January 19, 2007.

DATED: 4/11/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE