EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
REBECCA M. ARMSTRONG-GRAU, State Bar No. 227452
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5686
 Fax: (916) 324-5205
 Email: Rebecca.ArmstrongGrau@doj.ca.gov

Attorneys for Defendants Arong, Zink, Flint, Joseph, Coleman and Turella

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT FUENTES,** | 2:05-cv-0675 FCD GGH P |
| Plaintiff, | **DISCOVERY STIPULATION** |
| v. | |
| **MIKE KNOWLES, et al.,** | |
| Defendants. | |

Pursuant to Local Rule 6-144(a), the parties stipulate as follows:

1. Defendants shall have thirty days from the date of this filing, to and including May 26, 2007, to serve Defendants Joseph's and Coleman's responses to Plaintiff's first set of interrogatories.

///

///

///

**DISCOVERY STIPULATION**

1

2.   Plaintiff shall have thirty days from the receipt of Defendants Joseph's and Coleman's responses to file any necessary corresponding motions to compel. Plaintiff shall provide the California Department of Corrections and Rehabilitation (CDCR) legal mail log sheet demonstrating his receipt of the documents, if possible. Therefore, since Defendants will provide Plaintiff with responses to his specified discovery requests, claims involving Defendants Joseph and Coleman in Plaintiff's December 22, 2006, motion to compel shall be withdrawn and disregarded.

3.   Plaintiff has received Defendant Turella's responses to Plaintiff's second set of interrogatories. Therefore, the claims relating to these responses in Plaintiff's January 19, 2007, motion to compel shall be withdrawn and disregarded.

4.   This is the parties first stipulation regarding the above-mentioned issues.

DATED: _____        _____
                                    Rebecca M. Armstrong-Grau
                                    Deputy Attorney General
                                    Attorneys for Defendants


DATED: _____        _____
                                    Robert Fuentes
                                    Plaintiff in Pro Per

IT IS SO ORDERED

Dated: 5/2/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

fuentes.stip