IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES,

        Plaintiff,                    No. CIV S-05-0675 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed April 11, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his supplemental complaint which are required to effect service on the defendants. On April 24, 2007, plaintiff submitted the supplemental complaint copies but failed to submit the proper USM-285 forms.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff two blank USM-285 forms; and

/////

/////

1

    2. Within thirty days, plaintiff shall submit to the court the completed USM-285 forms for defendants Barz and Larson required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: 5/11/07

/s/ Gregory G. Hollows

---

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
fuen0675.8f